UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RICHARD HINDES,<br><br>    Plaintiff,<br><br>    v.<br><br>BOP MEDICAL STAFF, LESLEE DUNCAN, PAUL HARVEY, ROBERT KING, PATRICK CUNNINGHAM and UNITED STATES OF AMERICA,<br><br>    Defendants. | Case No. 14-cv-1272-JPG-DGW<br><br>consolidated with |
| RICHARD HINDES,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 15-cv-1373-JPG-DGW |

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision as to some matters and a jury having rendered a decision as to others,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of defendants Leslee Duncan (n/k/a Leslee Brooks) and Robert King and against plaintiff Richard Hindes on Hindes' *Bivens* claims for deliberate indifference to his medical needs in violation of the Eighth Amendment;

IT IS FURTHER ORDERED AND ADJUDGED that Hinde's *Bivens* claim against defendant BOP Medical Staff for deliberate indifference to his medical needs in violation of the Eighth Amendment is dismissed with prejudice; and

IT IS FURTHER ORDERED AND ADJUDGES that the following claims are dismissed without prejudice:

- Hindes' *Bivens* claims against defendants Paul Harvey and Patrick Cunningham for deliberate indifference to his medical needs in violation of the Eighth Amendment; and

- Hindes' Federal Tort Claims Act claim against the United States of America for inadequate medical care.

**DATED: October 2, 2018**

**THOMAS L. GALBRAITH, Acting Clerk of Court**

**s/ Tina Gray, Deputy Clerk**

**Approved:** s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**